# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138823 & (45)

SUSAN COLLINS,
      Plaintiff-Appellant,

v

OAKLAND COUNTY COMMUNITY
COLLEGE,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138823
COA: 282351
Oakland CC: 2006-078670-NO

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the March 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

s0901